IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM T. LIPSCOMB, )
 )
      Petitioner, )
 ) Civil Action No. 05-353 Erie
v. )
 )
WARDEN, FCI MCKEAN, )
 )
      Respondent. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on November 30, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 5], filed on December 8, 2005, recommended that Petitioner's Petition [Doc. No. 1] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendant. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of January, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED.

The Report and Recommendation [Doc. No. 5] of Magistrate Judge Baxter, filed on December 8, 2005, is adopted as the opinion of the Court.

                                          s/ Sean J. McLaughlin
                                          United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge